UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: JON DOUGLAS FIANT | ) | CHAPTER 13 |
| MELANIE DIANE FIANT | ) | |
| | ) | |
| DEBTORS | ) | CASE NO. 15-69000 |
| | ) | |
| | ) | JUDGE MURPHY |

AMENDMENT TO DEBTORS SCHEDULES A AND C

**COMES NOW Jon Douglas Fiant and Melanie Diane Fiant,** Debtors in the above-styled bankruptcy proceeding, and files this Amendment to Schedule A, Schedule C, Summary of Schedules and Statistical Summary of Certain Liabilities, showing as follows:

1.

Debtor(s) hereby amend Schedule A, house located at 1829 Tree Top, to show the current value of the property is $150,080.00.

2.

Debtor(s) hereby amend Schedule C, house located at 1829 Tree Top, to claim an exemption of $26,939.00 pursuant to Ga. Code Ann. § 44-13-100(a)(1).

This 21st day of December, 2015.

/s/BRIAN DEITZ
BRIAN DEITZ
LAW OFFICE OF JEFFREY B. KELLY, P.C.
ATTORNEY FOR DEBTOR(S)
GEORGIA BAR NO. 818416

107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

B6A (Official Form 6A) (12/07)

In re  **Jon Douglas Fiant,**
       **Melanie Diane Fiant**
_____,
                      Debtors

Case No. __**15-69000-crm**__

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **house located at 1829 Tree Top Marietta, GA 30062** | **Fee Simple** | **J** | 150,080.00 | 123,141.00 |

|   |   |   |
|---|---|---|
| Sub-Total > | 150,080.00 | (Total of this page) |
| Total > | 150,080.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   Jon Douglas Fiant,
      Melanie Diane Fiant,
                    Debtors

Case No. __15-69000-crm__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** house located at 1829 Tree Top Marietta, GA 30062 | O.C.G.A. § 44-13-100(a)(1) | 26,939.00 | 150,080.00 |
| **Cash on Hand** cash on self | O.C.G.A. § 44-13-100(a)(6) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** checking account with Wells Fargo | O.C.G.A. § 44-13-100(a)(6) | 20.00 | 20.00 |
| business checking account with Wells Fargo | O.C.G.A. § 44-13-100(a)(6) | 20.00 | 20.00 |
| checking account with BB and T | O.C.G.A. § 44-13-100(a)(6) | 10.00 | 10.00 |
| checking account with Bank of America | O.C.G.A. § 44-13-100(a)(6) | 20.00 | 20.00 |
| **Household Goods and Furnishings** household goods | O.C.G.A. § 44-13-100(a)(4) | 5,000.00 | 5,000.00 |
| **Wearing Apparel** clothing | O.C.G.A. § 44-13-100(a)(4) | 100.00 | 100.00 |
| **Furs and Jewelry** jewelry | O.C.G.A. § 44-13-100(a)(5) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2012 Ford Edge | O.C.G.A. § 44-13-100(a)(3) | 150.00 | 27,000.00 |
| 2002 Ford Taurus Station Wagon | O.C.G.A. § 44-13-100(a)(3) | 1,000.00 | 1,000.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** Carpentry tools and supplies | O.C.G.A. § 44-13-100(a)(7) O.C.G.A. § 44-13-100(a)(6) | 3,000.00 3,000.00 | 6,000.00 |
| | Total: | 39,779.00 | 189,770.00 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re  Jon Douglas Fiant,
       Melanie Diane Fiant

Debtors

Case No. __15-69000-crm__

Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,080.00 | | |
| B - Personal Property | Yes | 3 | 39,690.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 153,440.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 15,881.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,043.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,337.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 189,770.00 | | |
| | | | Total Liabilities | 169,321.00 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Jon Douglas Fiant,**
         **Melanie Diane Fiant**
                                                        Debtors

Case No. __15-69000-crm__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 5,043.00 |
| Average Expenses (from Schedule J, Line 22) | 4,337.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | 3,113.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,449.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 15,881.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 19,330.00 |

# AFFIDAVIT

The undersigned hereby declares under penalty of perjury, that the statements made in the foregoing are true and correct to the best of their information, knowledge and belief.

This 21st day of December, 2015.

/s/ JON DOUGLAS FIANT

/s/ MELANIE DIANE FIANT

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Amendment to Schedule A, Schedule C, Summary of Schedules and Statistical Summary of Certain Liabilities** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Nancy Whaley
Chapter 13 Trustee
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave.
Atlanta, GA 30303

Jon & Melanie Fiant
1829 Tree Top Ct.
Marietta, GA 30062

All creditors on attached list.

This 21st day of December, 2015.


 /s/ BRIAN DEITZ
LAW OFFICE OF JEFFREY B. KELLY, P.C.
Attorney for Debtor(s)
Bar No. 818416
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

Allied Collection Svcs
8550 Balboa Blvd Ste 232
Northridge, CA 91325

Capital One Bank
P. O. Box 70884
Charlotte, NC 28272-0884

Cbna
Po Box 6189
Sioux Falls, SD 57117

Cbna
Po Box 6497
Sioux Falls, SD 57117

Central Finl Control
Po Box 66044
Anaheim, CA 92816

Citicorp Trust Bank
Po Box 9438
Gaithersburg, MD 20898

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898

Cobb County State Court

12 East Park Square
Marietta, GA 30090

Comenitycapital/Gmstop
Po Box 182120
Columbus, OH 43218

Dennis Henry

2253 NW Parkway SE
Marietta, GA 30067

Durham & Durham LLP
5665 New Northside Drive
Suite 510
Atlanta, GA 30328

Frederick Hanna & Associates
2253 Northwest Parkway
Marietta, GA 30067

Frost Arnett Collections
PO Box 198988
Nashville, TN 37219

Jc&Assoc
1155 Hammond Drive Suite 5230-E
Atlanta, GA 30328

Julian Financial
4744 Balmoral Way
Marietta, GA 30068

Northland Group
PO Box 390846
Mail code CPT1
Minneapolis, MN 55439

Ocwen Loan
3451 Hammond Ave
Waterloo, IA 50702

Patients Accounts Bureau
PO Box 279
Norcross, GA 30091

Quantum Radiology P.C.
P.O. Box 3157
Indianapolis, IN 46206

RevMD
P.O. Box 3427
Oak Brook, IL 60522-3427

Ron Zaken
200 Upper Alabama Street
Atlanta, GA 30303

Santander Bank Na
865 Brook St
Rocky Hill, CT 06067

Specialized Loan Servi
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

Stallings Fin Group
1111 S Marietta Pkwy Se
Marietta, GA 30060

State Court of Cobb County
State Court Building
12 East Park Square
Marietta, GA 30090-9630

The Bortolazzo Group
PO Box 277234
Atlanta, GA 30384

Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590

West Asset Management
2703 N Highway 75
Sherman, TX 75090