**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **JON DOUGLAS FIANT** | ) | |
| **MELANIE DIANE FIANT** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 15-69000-JWC** |
| **DEBTORS** | ) | |
| | ) | **JUDGE CAVENDER** |

## MOTION TO SELL REAL ESTATE

COMES NOW **JOHN DOUGLAS FIANT AND MELANIE DIANE FIANT**, Debtors in the above-styled Chapter 13 case, and files this Motion to Sell Real Estate and shows the Court as follows:

1. Debtor has a Purchase and Sale Agreement for real property located at 1829 Tree Top Court, Marietta, GA 30062 for a total purchase price of $155,500.00. (See Exhibit "A").

2. The purchasing company, Stuvelyn LLC has no relations with the Debtors.

3. The proceeds of the sale shall be applied to the indebtedness owed by U.S. Bank National Association, Citi Mortgage, Inc. and expenses of the sale.

3. This property is being sold due to the Debtors inability to afford the upkeep on the property.

4. The approximate payoff to U.S. Bank National Association is $110,805.38 and the approximate payoff to Citi Mortgage, Inc. is $14,073.65. After all closing costs, the Debtors shall remit the remaining proceeds to the Chapter 13 Trustee to be applied to their case.

This 7th day of June 2018.

                                                                 Respectfully Submitted,

                                                                /s/ Jeffrey B. Kelly
                                                                Attorney for Debtors
                                                                GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JON DOUGLAS FIANT | ) | |
| MELANIE DIANE FIANT | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 15-69000-JWC |
| DEBTORS | ) | |
| | ) | JUDGE CAVENDER |

**NOTICE OF REQUIREMENT OF RESPONSE TO**
**MOTION TO SELL REAL ESTATE AND OF TIME TO FILE SAME**

**PLEASE TAKE NOTICE** that Debtor has filed a Motion to Sell Real Estate and related papers with the Court seeking an order granting it.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion to Sell Real Estate** on **July 17, 2018 at 10:00 am in room 1203 at U.S. Courthouse, 75 Ted Turner Drive, Sw, Atlanta, Georgia 30303.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: **United States Bankruptcy Court Room 1340 75 Ted Turner Drive SW Atlanta, GA 30303.** You must also mail a copy of your response to the undersigned at the address stated below. Dated: June 6, 2018.

/s/ Jeffrey B. Kelly
Attorney for Debtors.
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the attached Motion to Sell Real Estate and Notice of Hearing on the following by U. S. Mail, in a properly stamped and addressed envelope.

Nancy Whaley
Chapter 13 Trustee
SunTrust Plaza Garden Offices
303 Ptree Center AVe NE Ste 120
Atlanta GA 30303

Jon and Melanie Fiant
1829 Tree Top Ct.
Marietta, GA 30062

Richard Hallwood
The Hallwood Group, Inc.
Real Estate Professional
1306 Countryside Pl SE
Smyrna, GA 30080


All creditors on attached list.


This 7th day of June 2018.


/s/ Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtors
Georgia Bar No.  412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing          Allied Collection Svcs                    Julie M. Anania
113E-1                                   8550 Balboa Blvd Ste 232                  Nancy J. Whaley
Case 15-69000-jwc                        Northridge, CA 91325-5806                 Standing Chapter 13 Trustee
Northern District of Georgia                                                       Suite 120
Atlanta                                                                            303 Peachtree Center Ave, N.E.
Thu Jun  7 16:55:08 EDT 2018                                                       Atlanta, GA 30303-1286

Capital One Bank                         Capital One Bank                          Capital One Bank
Dennis Henry                             P. O. Box 70884                           RegAgent: Corporation Service Co.
Attorney for Plaintiff                   Charlotte, NC 28272-0884                  Bank of America Center, 16th Floor
2253 NW Parkway SE                                                                 1111 East Main Street
Marietta, GA 30067-8764                                                            Richmond, VA 23219-3531

Capital One Bank                         Cbna                                      Cbna
Richard D. Fairbank, CEO                 Po Box 6189                               Po Box 6497
4851 Cox Road                            Sioux Falls, SD 57117-6189                Sioux Falls, SD 57117-6497
Glen Allen, VA 23060-6293


Central Finl Control                     CitiMortgage, Inc.                        CitiMortgage, Inc.
Po Box 66044                             P.O. Box 6030                             P.O. Box 688971
Anaheim, CA 92816-6044                   Sioux Falls  SD 57117-6030                Des Moines, IA  50368-8971



Citicorp Trust Bank                      Citimortgage Inc                          Cobb County State Court
Po Box 9438                              Po Box 9438                               12 East Park Square
Gaithersburg, MD 20898-9438              Gaithersburg, MD 20898-9438               Marietta, GA 30090-0115



Comenitycapital/Gmstop                   Dennis Henry                              Durham & Durham LLP
Po Box 182120                            2253 NW Parkway SE                        5665 New Northside Drive
Columbus, OH 43218-2120                  Marietta, GA 30067-8764                   Suite 510
                                                                                   Atlanta, GA 30328-4649

Jon Douglas Fiant                        Melanie Diane Fiant                       Frederick Hanna & Associates
1829 Tree Top Court                      1829 Tree Top Court                       2253 Northwest Parkway
Marietta, GA 30062-1852                  Marietta, GA 30062-1852                   Marietta, GA 30067-8764



Frost Arnett Collections                 Jc&Assoc                                  Julian Financial
PO Box 198988                            1155 Hammond Drive Suite 5230-E           c/o Frederick J Hanna
Nashville, TN 37219-8988                 Atlanta, GA 30328                         1427 Roswell Road
                                                                                   Marietta, GA 30062-3668



Julian Financial, Inc                    Julian Financial, Inc                     Julian Financial, Inc
4744 Balmoral Way                        Christopher Yarbrough, Esq.               Dennis Henry
Marietta, GA 30068-1601                  2253 NW Parkway SE                        Attorney for Plaintiff
                                         Marietta, GA 30067-8764                   2253 NW Parkway SE
                                                                                   Marietta, GA 30067-8764

Julian Financial, Inc                    Julian Financial, Inc. Assignee of Household   Jeffrey B. Kelly
Louis Feingold                           2253 Northwest Parkway                    Law Office of Jeffrey B. Kelly, P.C.
CEO, Registered Agent                    Marietta, GA 30067-8764                   107 E. 5th Avenue
4744 Balmoral Way NE                                                               Rome, GA 30161-1725
Marietta, GA 30068-1601
```

| | | |
|---|---|---|
| Northland Group<br>PO Box 390846<br>Mail code CPT1<br>Minneapolis, MN 55439-0846 | Ocwen Loan<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 | Patients Accounts Bureau<br>PO Box 279<br>Norcross, GA 30091-0279 |
| Quantum Radiology P.C.<br>P.O. Box 3157<br>Indianapolis, IN 46206-3157 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | RevMD<br>P.O. Box 3427<br>Oak Brook, IL 60522-3427 |
| Ron Zaken<br>200 Upper Alabama Street<br>Atlanta, GA 30303 | Santander Bank Na<br>865 Brook St<br>Rocky Hill, CT 06067-3444 | Chad R. Simon<br>Buckley Madole P.C.<br>P. O. Box 80727<br>Atlanta, GA 30366-0727 |
| Specialized Loan Servi<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129-2386 | Stallings Fin Group<br>1111 S Marietta Pkwy Se<br>Marietta, GA 30060-2885 | State Court of Cobb County<br>State Court Building<br>12 East Park Square<br>Marietta, GA 30090-0115 |
| The Bank of NY Mellon Trust Co,NA,Trustee(Se<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | The Bank of New York Mellon Trust Company<br>14841 Dallas Parkway, Suite 300<br>DALLAS, TX 75254-7883 | The Bank of New York Mellon Trust Company, N<br>14841 Dallas Parkway Suite 300<br>Dallas, TX 75254-7883 |
| The Bortolazzo Group<br>PO Box 277234<br>Atlanta, GA 30384-7234 | U.S. Bank National Association<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | U.S. Bank National Association<br>Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 | West Asset Management<br>2703 N Highway 75<br>Sherman, TX 75090-2567 |
| Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SPECIALIZED LOAN SERVICING LLC | (d)The Bank of New York Mellon Trust Company,<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | (d)U.S. Bank National Association<br>Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

```
End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54
```

Exhibit "A"

# Contract for the Purchase and Sale of Residential Real Property

---

**Offer Date:** **June 2**_____, 20**18**___

This **Contract for the Purchase and Sale of Real Property** (the "Contract") is made by and between **STUVELYN LLC**_____, hereinafter called "Buyer" and **Jon D. Fiant**_____ **Melanie D. Fiant**_____, hereinafter called "Seller," for the hereinafter described Property, and in consideration of the mutual promises contained herein.

**THIS CONTRACT INCORPORATES BY REFERENCE THOSE CERTAIN STANDARD TERMS FOR THE PURCHASE AND SALE OF GEORGIA REAL PROPERTY PUBLISHED BY ORTHRUS REAL ESTATE ENTERPRISES, LLC AT WWW.REFORMSGA.COM AND IN EFFECT AS OF THE OFFER DATE (THE "STANDARD TERMS"), WHICH STANDARD TERMS SHALL BECOME A PART HEREOF BY REFERENCE THERETO. EACH PARTY, BY AFFIXING HIS OR HER SIGNATURE HERETO, EXPRESSLY AGREES THAT HE OR SHE HAS READ THE STANDARD TERMS, AND THAT IT IS HIS OR HER INTENT THAT THE STANDARD TERMS SHALL BE INCORPORATED INTO AND ARE A PART OF THIS CONTRACT.**

1. **PROPERTY DESCRIPTION**
Seller agrees to sell, and Buyer agrees to purchase from Seller, the land, described as follows: [check all that apply]

   ☒ property address: **1829 Tree Top Court, Marietta, GA 30062**_____;
   ☐ more particularly described on the Legal Description Exhibit attached hereto;
   ☒ identical to the legal description for the property contained in the deed recorded in Deed Book **13613**____, Page **5761**_____, et seq., **Cobb**_____ County, Georgia records;
   ☐ Land Lot(s) _____ of the _____ District, _____ Section/GMD, Lot(s) _____, Block(s) _____, Unit(s) _____, Phase/Section(s)_____ of _____ Subdivision /Development, _____ County, Georgia according to the plat recorded in Plat Book _____, Page _____, et seq., _____ County, Georgia records;

together with all permits, privileges, rights, members, and appurtenances thereto and together with all improvements, fixtures, personal property, trees, timber and other crops and plants located thereon (the "Property").

2. **PURCHASE PRICE**
Buyer covenants that Buyer has adequate financial resources to purchase the Property. The Purchase Price shall be **One Hundred Fifty Five Thousand Five Hundred Dollars**_____ US Dollars (US$ **155,500.00**_____).

3. **EARNEST MONEY**
A good faith deposit of **one thousand**_____ US Dollars (US$ **1,000.00**_____) (the "Earnest Money") shall be payable to **THE HALLWOOD GROUP, INC.**_____ (the "Escrow Agent") in the form of a ☒ check; ☐ certified funds; ☐ money order; or, ☐ cash. The amount of the good faith Earnest Money deposit identified above, if any, shall be applied toward the Purchase Price at closing.
   3.1. **Payment of Earnest Money** - [check one]
   ☐ Buyer has remitted the Earnest Money to Escrow Agent, and Escrow Agent shall deposit same into a trust account within three (3) banking days from the date Escrow Agent receives an original or copy of the Accepted (as hereinafter defined) Contract; or
   ☒ Buyer has not remitted the Earnest Money to Escrow Agent, but shall remit same to Escrow Agent within **5**_____ days from the date of Acceptance of this contract and Escrow Agent shall deposit same into a trust account within three (3) banking days from the date of receipt of the deposit and a copy or original of the Accepted Contract. In the event said payment is not timely remitted, Seller shall be promptly notified by Escrow Agent and Seller shall have the rights and remedies set out in this section.

---

Page 1 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2017 by Orthrus Real Estate Enterprises, LLC. All rights reserved.    Initials: *SN*____  _____  *JDF*  *MDF*
R11282017

### 4. CLOSING
Unless amended mutually by the parties, the closing of this transaction shall take place on __SEE special stips__, 20___, at a mutually agreed upon time (the "Closing").  Said Closing shall be at the office of _____ __Skelton & Blackstone Attorneys LLC_____ located at/in _____, Georgia (the "Closing Attorney"). If Closing Attorney is unavailable or unacceptable to Buyer's lender or title insurance company, then _____ shall have the right to select a different Closing Attorney. Possession of the Property shall be granted [check one] ☒ at Closing or ☐ _____ days after the Closing at _____ o'clock _____.m. Buyer does hereby authorize Seller and the Brokers to communicate with Closing Attorney and any Lender with whom Buyer is working to receive from said Closing Attorney or Lender prior to Closing a copy of any settlement statement or Integrated Disclosure prepared by Lender or Closing Attorney in anticipation of Closing.

### 5. CLOSING COST ALLOWANCE FOR BUYER
Seller shall contribute a maximum of  [check one] ☒   __0.00__% of the purchase price, **or** ☐ US$_____ toward costs associated with Buyer's purchase of the Property (the "Closing Cost Allowance").

### 6. CONTINGENCIES
In consideration of the covenants contained herein and other good and valuable consideration, the receipt and sufficiency whereof is hereby acknowledged, the Seller grants to the Buyer the following contingencies, as the same are defined in the Standard Terms: [Check all that are applicable]

> 6.1.   ☒ **Buyer's General Right to Terminate** - *This contingency shall expire at 11:59 p.m. on the day that is __25___ days after the Acceptance Date.* In consideration of Seller granting this Buyer's General Right to Terminate this Agreement, Buyer has paid Seller $10.00 in nonrefundable option money, the receipt and sufficiency of which is hereby acknowledged.
>
> 6.2.    ☐ **Appraisal Contingency** - *This contingency shall expire at 11:59 p.m. on the day that is _____ days after the Acceptance Date.*
>
> 6.3.    ☐ **Financing Contingency -** *This contingency shall expire at 11:59 p.m. on the day that is _____ days after the Acceptance Date.*  If Buyer and Seller agree to a financing contingency involving financing other than a new first or second mortgage from a third party institutional lender under the terms described below, such as a loan assumption or seller financing, an additional exhibit or special stipulation shall be attached hereto providing the additional terms of that financing. If Buyer chooses FHA or VA financing, a FHA or VA Exhibit shall be attached hereto.
>
>> **[In the event the Financing Contingency is selected, check all of the following that are applicable:]**
>> ☐ **First Mortgage Loan Proceeds**: This Contract is contingent upon Buyer's ability to  obtain a third party first mortgage loan to be secured by the Property, in a principal amount of [check one]  ☐ US$_____  **or**  ☐ _____% of the purchase price, being amortized over a term of _____ years, at an interest rate per annum that is [check one] ☐ fixed at a rate not to exceed _____%; **or** ☐ adjustable beginning at a rate not to exceed _____% with the interest rate never to exceed _____%, pursuant to an institutional lender's standard and customary underwriting criteria. The balance of the purchase price shall be paid by Buyer in cash, or in such other form as may be required by the Closing Attorney listed below, at time of Closing.
>> ☐ **Second Mortgage Loan Proceeds:** This Contract is contingent upon Buyer's ability to  obtain a third party second mortgage loan to be secured by the Property, in a principal amount of [check one]  ☐ US$_____  **or**  ☐ _____% of the purchase price, being amortized over a term of _____ years, at an interest rate per annum that is [check one] ☐ fixed at a rate not to exceed _____%; **or** ☐ adjustable beginning at a rate not to exceed _____% with the interest rate never to exceed _____%, pursuant to an institutional lender's standard and customary underwriting criteria . The balance of the purchase price shall be paid by Buyer in cash, or in such other form as may be required by the Closing Attorney listed below, at time of Closing.

### 7. INSPECTION OF PROPERTY
Buyer has the right and obligation, with reasonable notice to Seller, to inspect the property (and all improvements located thereon) for defects and other issues including, but not limited to: air conditioning, electrical, fireplace, heating, lead/lead-based paint, mold, plumbing, radon, roof, structure, wood destroying organisms, environmental

Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2017 by Orthrus Real Estate Enterprises, LLC. All rights reserved.    Initials: __SN__  _____  __JDF__  __MOF__
R11282017

Electronically Signed using eSignOnline™ [ Session ID : bca460f8-d848-4d7d-9f15-31cb14737184 ]

hazards, or other similar issues at any time and from time to time, after the time and date of Acceptance of the Contract, through and including the Closing, from the hours of [check one] ☒ 9:00 a.m. to 7:00 p.m. **or** ☐ _____ . In order to facilitate the inspection of the Property [check one] ☐ Buyer **or** ☒ Seller shall make all required utilities operational and available on the Property through and including the day of Closing. Buyer agrees to forever hold Seller and Brokers harmless from any and all claims, injuries and damages arising out of the exercise of these rights. Any part of the Property damaged or disturbed as a result of Buyer's inspection, including any testing or other evaluation, shall promptly be restored to a condition at least equal to the condition it was in prior to such inspection, testing, or evaluation.

- 7.1. **Duty to Consult Available Resources** – It shall be Buyer's sole duty to seek and consult any and all available resources which may provide information concerning neighborhood conditions affecting the Property and/or is of concern to Buyer.
  - 7.1.1. **Methamphetamine Laboratory Registry** - If Buyer is interested in determining whether the Property has been used as a laboratory for methamphetamine production or dumpsite for the same, Buyer is advised to review the National Clandestine Laboratory Register (Georgia) at www.dea.gov.
  - 7.1.2. **Violent Sex Offender Registry** - If Buyer is interested in determining whether there is a registered sex offender living in and/or around the neighborhood of the Property, Buyer is advised to review the Georgia Violent Sex Offender Registry at www.gbi.georgia.gov.

## 8. BROKERAGE

By signing below, all parties represented by a Broker acknowledge that no Broker in this transaction shall owe any duty to Buyer or Seller greater than what is set forth in their brokerage engagements and the Brokerage Relationships in Real Estate Transactions Act, O.C.G.A. § 10-6A-1 *et seq.*, and further, that they have read and acknowledged and consent to the inclusion of all additional brokerage disclosures provided in the Standard Terms.

- 8.1. **Material Relationships -** Neither the Broker nor Broker's affiliated licensees have a material relationship with Seller or Buyer except as follows: **NA**_____
_____ .
- 8.2. **Buyer's Broker -** The Buyer's Broker identified on the signature page of this Contract is the Broker assisting the Buyer, regardless of whether the Buyer is a customer or a client as defined under Georgia law. It includes the agent or agents of the Broker who are involved in this particular transaction. The Buyer's Broker is [check one]:
  - i. ☐ representing the Buyer as a client under a written brokerage agreement; **or**
  - ii. ☒ representing the Buyer as a customer, performing only ministerial acts; **or**
  - iii. ☐ acting as a dual agent, with responsibilities to both Seller and Buyer; **or**
  - iv. ☐ acting as a designated agent, with responsibilities to both Seller and Buyer, as described more fully below.
- 8.3. **Seller's Broker** - The Seller's Broker identified on the signature page of this Contract shall refer collectively to all persons assisting the Seller, regardless of whether the Seller is a customer or client as defined under Georgia law. It includes the agent or agents of the Broker who are involved in this particular transaction. The Seller's Broker is [check one]:
  - i. ☒ representing the Seller as a client under a written brokerage agreement; **or**
  - ii. ☐ representing the Seller as a customer, performing only ministerial acts; **or**
  - iii. ☐ acting as a dual agent, with responsibilities to both Seller and Buyer; **or**
  - iv. ☐ acting as a designated agent, with responsibilities to both Seller and Buyer, as described more fully below.
- 8.4. By checking the designated agent box above, the parties acknowledge that they have consented to a designated agency and acknowledge that _____ will work exclusively with Buyer as Buyer's designated agent and _____ _____ will work exclusively with the Seller as Seller's designated agent.
- 8.5. **Wire Fraud Disclaimer** – No Broker in this transaction shall e-mail or otherwise electronically transmit wire instructions to Buyer or Seller. Any electronic transmittal of wire instructions purported to be from Broker(s) should be viewed as potential fraud and treated as such. Buyer and Seller acknowledge and agree that use of and/or reliance on any wire instructions by that party shall be at its own risk. Buyer and Seller further agree to release and forever hold Broker harmless from any and all liability that may occur as a result of such use and/or reliance.

Electronically Signed using eSignOnline™ [ Session ID : bca460f8-d848-4d7d-9f15-31cb14737184 ]

9. **EXHIBITS**
**The following exhibits are attached to and made a part of this offer.** The provisions of any exhibit attached to this contract and referenced below, shall prevail if in conflict with the provisions of the Contract**:**

☐ Legal Description
☒ Disclosure of Information on Lead-Based Paint and/or Lead Based Paint Hazards
☐ Short Sale Exhibit
☐ _____
☐ _____

☐ FHA Exhibit
☐ VA Exhibit
☐ Lease for Lease/Purchase Agreement Only
☐ _____
☐ _____

**Special Stipulations** (provisions of any stipulation included in this contract shall prevail if in conflict with the provisions of this Contract, including any exhibit attached hereto)**:**

☒ Substantive provisions continued on additional page.

Page 4 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2017 by Orthrus Real Estate Enterprises, LLC. All rights reserved.
R11282017

Initials: *SN* _____ *JDF* *MOF*

Electronically Signed using eSignOnline™ [ Session ID : bca460f8-d848-4d7d-9f15-31cb14737184 ]

This *Offer* is open for *Acceptance* until __5___ o'clock __p__ m. on  __June 7_____, 20 _18_. An *Acceptance* after that time shall be considered a counteroffer.

The *Offer* is hereby *Accepted*, with notice in the form of an executed contract being properly delivered to the party making the last offer, at _1:58 PM EDT_ o'clock ____ m. on __6/6/2018_____, 20____.  *RH*

___*SN*_____  ____*JDF*__*MDF*___ By initialing here, the parties acknowledge their receipt of a printed copy of the Standard Terms. Failure to initial this section shall indicate that the parties have declined a printed copy of and hereby acknowledge the sufficiency of the online copy of the Standard Terms.

*All Names should be both signed and printed.*

*Buyer:*

> *Stuart Napshin*
_____
**STUVELYN LLC**
Buyer Printed Name

>_____
_____
Buyer Printed Name

**610-220-4741**              /_____
Buyer Phone Number        Buyer Fax Number

**snapshin@gmail.com**
Buyer Email Address

_____
Buyer Address

_____
Buyer City                State            Zip

*Seller:*

> *Jon D. Fiant*
_____
**Jon D. Fiant**
Seller Printed Name

> *Melanie D. Fiant*
_____
**Melanie D. Fiant**
Seller Printed Name

**404-518-3266**              /_____
Seller Phone Number       Seller Fax Number

**jonfiant@yahoo.com**
Seller Email Address

**1829 Tree Top Court**
Seller Address

**Marietta**              **GA**       **30062**
Seller City               State           Zip

*Buyer's Broker*

**NA**_____/_____
Name of Brokerage Firm          Broker Code

_____/_____
Brokerage Phone Number   Brokerage Fax Number

>_____

**NA**
Agent Printed Name

_____/_____
Agent Phone Number   Agent Fax Number

_____
Agent Email Address

Required License Number(s):

_____/_____
Broker's License Number   Agent's License Number

*Seller's Broker*

**The Hallwood Group Inc**____/ **HALL01**_____
Name of Brokerage Firm          Broker Code

**(770) 436-5027**_____/ **(770) 438-0002**_____
Brokerage Phone Number   Brokerage Fax Number

> *RICHARD HALLWOOD*

**RICHARD HALLWOOD**
Agent Printed Name

**(770) 436-5027**_____/ **(770) 438-0002**_____
Agent Phone Number   Agent Fax Number

**rickthg@aol.com**
Agent Email Address

Required License Number(s):

**H-18501**_____/ **122974**_____
Broker's License Number   Agent's License Number

MLS Listing #_____

Page 5 of 5
Form RE100, *Contract for the Purchase and Sale of Residential Real Property*
Copyright© 2017 by Orthrus Real Estate Enterprises, LLC. All rights reserved.  Initials: __*SN*____ _____  __*JDF*___ *MDF*
R11282017

Electronically Signed using eSignOnline™ [ Session ID : bca460f8-d848-4d7d-9f15-31cb14737184 ]