UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>JON DOUGLAS FIANT<br>AND<br>MELANIE DIANE FIANT,<br><br>    Debtors, | CASE NO.: 15-69000-JWC<br><br>CHAPTER 13 |

## RESPONSE TO TO MOTION TO SELL REAL PROPERTY

COMES NOW, U.S. BANK NATIONAL ASSOCIATION, as Trustee for NRZ PASS-THROUGH TRUST IX (the "Secured Creditor"), by and through its undersigned counsel, submits this Response to the Debtor's Motion Sell Real Property [Doc. 60] (the "Debtor's Motion"), and respectfully states as follows:

1.

The Secured Creditor holds a valid security interest in the debtor's real property located at 1829 Tree Top Court, Marietta, GA 30062 (the "Property"), by virtue of duly recorded Security Deed with Cobb County, GA, encumbering the Property and securing a certain Note in the principal amount of $132,000.00. The loan was subsequently assigned and transferred to the Secured Creditor.

2.

On October 3, 2015 (the "Petition Date"), the debtors, John Douglas Fiant and Melanie Diane Fiant (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

3.

On February 17, 2016, a proof of claim ("Claim No. 5-1") was filed on behalf of the Secured Creditor evidencing a secured claim as of the Petition Date in the amount of $110,805.36.

4.

The Secured Creditor has no objection to the proposed sale set forth in the Debtor's Motion provided that the proceeds from the sale will be sufficient to pay the full amount of the secured claim at closing.

5.

The Secured Creditor requests that the Debtor's counsel obtain a payoff from the Secured Creditor in advance of the proposed sale to facilitate the full payment of the secured claim.

WHEREFORE, the Secured Creditor respectfully submits this Response to the Debtor's Motion, and for such other and further relief as the Court may deem just and proper.

**RAS CRANE, LLC**

/s/ Cristina DiGiannantonio
Cristina DiGiannantonio
Attorney for Creditor
Georgia Bar # 893510
RAS Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
cdigiannantonio@rascrane.com

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on July 9, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161

Jon Douglas Fiant
1829 Tree Top Court
Marietta, GA 30062

Melanie Diane Fiant
1829 Tree Top Court
Marietta, GA 30062

Nancy J. Whaley
Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

DATE: July 9, 2018

            **RAS CRANE, LLC**

            /s/ Cristina DiGiannantonio
            Cristina DiGiannantonio
            Attorney for Creditor
            Georgia Bar # 893510
            RAS Crane LLC
            10700 Abbott's Bridge Road, Suite 170
            Duluth, GA  30097
            Telephone: 470-321-7112
            Fax: 404-393-1425
            cdigiannantonio@rascrane.com